**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6524**

DESTINED C. M. D. GEORGE,

       Plaintiff - Appellant,

     v.

SARGENT NEELEY; LIEUTENANT WILLIAMS; LIEUTENANT FLEMING; UNIT MANAGER COLLINS; SERGEANT TAYLOR; MAJOR HALL; WARDEN R. WHITE,

       Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, Senior District Judge. (7:23-cv-00818-JPJ-PMS)

Submitted: November 19, 2024             Decided: November 22, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Destined C. M. D. George, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Destined George appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim pursuant to 42 U.S.C. § 1997e(c)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *George v. Neeley*, No. 7:23-cv-00818-JPJ-PMS (W.D. Va. May 9, 2024). However, we modify the district court's order to reflect that the dismissal is without prejudice. *See King v. Rubenstein*, 825 F.3d 206, 225 (4th Cir. 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*